JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHANTIDAS KANJI, and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:23-cv-06369 JLS (JPRx)<br><br>**Judgment** |

# JUDGMENT

Having granted Plaintiff Alvaro Orosco's motion for default judgment, it is hereby ORDERED and ADJUDGED that judgment shall be entered in Plaintiff's favor against Defendant Shantidas Kanji.

Defendant is ORDERED to provide an accessible parking space that complies with the Americans with Disabilities Act; specifically, Defendant is ORDERED to post a sign specifying that the accessible parking space is "Van Accessible."

Plaintiff is GRANTED $2,465.00 in attorneys' fees.  Plaintiff may submit a Bill of Costs and an Application to the Clerk to Tax Costs to recover any eligible litigation costs in this action.

Dated: June 26, 2024          By: _____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE